## AFFIDAVIT IN SUPPORT OF COMPLAINT

### Gustavo VILLANUEVA-SOTELO, DOB: 5/8/1971

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

1

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Gustavo VILLANUEVA-SOTELO, with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

6. VILLANUEVA-SOTELO is a native and citizen of Mexico.

7. On June 15, 1990, VILLANUEVA-SOTELO was arrested in Oroville, Washington, for shoplifting. VILLANUEVA-SOTELO subsequently pled guilty to Theft under $50.00, and was sentenced to 10 days in jail.

8. On July 3, 1990, an Immigration Judge in Aurora, Colorado ordered VILLANUEVA-SOTELO removed from the United States. On July 6, 1990, VILLANUEVA-SOTELO was deported from the United States to Mexico at El Paso, Texas.

9. After being deported, VILLANUEVA-SOTELO returned to the United States and he was eventually arrested in the State of Washington. On July 23, 1991, VILLANUEVA-SOTELO was indicted for various criminal offenses in the Eastern District of Washington. VILLANUEVA-SOTELO subsequently pled guilty to Alien in the United States After Deportation, in violation of 8 USC 1326; Possession of False Immigration Documents, in violation of 18 USC 1546(a);

and Possession of Five or More False Identification Documents with Intent to Transfer Them, in violation of 18 USC 1028(a). On or about August 22, 1991, VILLANUEVA-SOTELO was sentenced to two months incarceration.

10. On September 23, 1991, an Immigration Judge in Seattle, Washington, ordered VILLANUEVA-SOTELO removed from the United States. On September 24, 1991, VILLANUEVA-SOTELO was deported from the United States to Mexico at San Ysidro, California.

11. On or about August 5, 2006, during the course of an investigation into the fraudulent identity document trade occurring in the 1600 to 1800 blocks of Columbia Road N.W., VILLANUEVA-SOTELO was encountered by law enforcement in the 1700 block of Columbia Road, N.W., in Washington, D.C. It was determined that VILLANUEVA-SOTELO was an illegal alien from Mexico, and he was taken into custody by the U.S. Immigration and customs Enforcement (ICE). VILLANUEVA-SOTELO admitted to ICE agents that he was not a U.S. citizen, had previously been deported, and had never received permission to return to the United States.

12. I have reviewed the documents contained in VILLANUEVA-SOTELO'S file maintained by ICE and there is no documentation to suggest that he ever applied for permission to reenter the

country following either of his removals in 1990 or 1991. I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed.

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that VILLANUEVA-SOTELO is an alien in the United States who has previously been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Mark Leeper
Senior Special Agent, ICE

Subscribed and sworn to before me this _____ day of August, 2006

_____
United States Magistrate Judge

4