UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      V.                              Criminal No.: 06-372-M-01

GUSTAVO VILLANUEVA-SOTELO

ENTRY OF APPEARANCE OF COUNSEL

Please note Steven R. Kiersh D.C. Bar# 323329 has entered his appearance on behalf of the defendant, Gustavo Villanueva-Satelo, on this the 28th day of August 2006.

                                          /s/
                                Steven R. Kiersh #323329
                                717 D Street, N.W., Suite 400
                                Washington, DC 20004
                                (202) 347-0200

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy was mailed to Michael Harvey, Esq., Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. 20001 on this the 28th day of August 2006.

                                          /s/
                                Steven R. Kiersh